UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL WASHINGTON,<br>    Plaintiff(s),<br>v.<br>DANIEL LIPPMANN, et al.,<br>    Defendant(s). | Case No.: 2:20-cv-01854-GMN-NJK<br><br>**ORDER**<br><br>[Docket No. 1] |

On October 5, 2020, Plaintiff filed a complaint, along with a financial certificate and account statement. Docket Nos. 1, 1-1. Plaintiff, however, failed to file an application to proceed *in forma pauperis* or pay the filing fee. *See* Docket No. 1. In addition, Plaintiff's financial certificate is dated August 28, 2020, and his inmate account statement cuts off that same date. *See* Docket No. 1 at 1–3. Plaintiff filed his documents approximately one month later. *See* Docket No. 1.

The Court will retain Plaintiff's complaint, Docket No. 1-1, but will not file it until the matter of the payment of the filing fee is resolved. Plaintiff will be granted an additional opportunity to file a fully complete application to proceed *in forma pauperis* or, in the alternative, pay the full filing fee for this action. If Plaintiff chooses to file an application to proceed *in forma pauperis*, he must timely file a proper and fully complete application to proceed *in forma pauperis*, along with a fully complete and properly executed financial certificate and an inmate account statement for the past six months.

1

Accordingly, **IT IS ORDERED** that Plaintiff's filings at Docket No. 1 are **DENIED** without prejudice to file an application to proceed *in forma pauperis*.

**IT IS FURTHER ORDERED** that the Clerk of Court **SHALL SEND** Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled "Information and Instructions" for filing an *in forma pauperis* application.

**IT IS FURTHER ORDERED** that, no later than November 5, 2020, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

**IT IS FURTHER ORDERED** that, if Plaintiff does not timely comply with this order, dismissal of this action may result.

**IT IS FURTHER ORDERED** that the Clerk of Court shall retain the complaint, Docket No. 1-1, but shall not file it at this time.

Dated: October 6, 2020

_____
Nancy J. Koppe
United States Magistrate Judge