UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL WASHINGTON,<br>    Plaintiff,<br>v.<br>DANIEL LIPPMANN, et al.,<br>    Defendants. | Case No.: 2:20-cv-01854-GMN-NJK<br>**ORDER** |

On October 16, 2020, the Court granted Plaintiff's application to proceed *in forma pauperis*. Docket No. 5. A prisoner applying to proceed *in forma pauperis* must pay an initial filing fee of the greater of twenty percent of the average monthly deposits or twenty percent of the average monthly balance of his account for the six months immediately preceding the commencement of this action. *See* 28 U.S.C. § 1915(b)(1). Thus, the Court ordered Plaintiff to submit an initial filing fee of $16.88 prior to the Court screening the complaint, no later than November 16, 2020. Docket No. 5 at 1. The Court cautioned Plaintiff that "[f]ailure to do so may result in dismissal of this action." *Id.* To date, no filing fee has been paid. *See* Docket.

Accordingly, Plaintiff is hereby **ORDERED** to pay the initial filing fee of $16.88, no later than January 6, 2021. Failure to comply with the Court's order will result in a recommendation to the district judge that this action be dismissed.

IT IS SO ORDERED.

Dated: December 7, 2020

                                                Nancy J. Koppe<br>
                                                United States Magistrate Judge